STATE OF NEW JERSEY v. LARRY J. WALKER.

November 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DOROTHY WILSON.

November 16, 1982.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. S.S.

November 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DOLPHUS DULIN.

November 16, 1982.

Petition for certification denied.